**FILED**

**AUG 19 2009**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: GUY ROLAND SEATON. | No. 09-71613 |
| | D.C. No. 3:08-CV-00105-MHP<br>Northern District of California,<br>San Francisco |
| GUY ROLAND SEATON,<br><br>　　　　　Petitioner, | |
| 　v. | ORDER |
| UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO),<br><br>　　　　　Respondent, | |
| UNITED STATES OF AMERICA,<br><br>　　　　　Real Party in Interest. | |

Before: SCHROEDER, KLEINFELD and M. SMITH, Circuit Judges.

　　Petitioner has not demonstrated that this case warrants the intervention of this court by means of the extraordinary remedy of mandamus. *See Bauman v. United States Dist. Court*, 557 F.2d 650 (9th Cir. 1977). Accordingly, the petition is denied.

ec/MOATT